Opinion delivered November 16, 1886.

---

No. 2702.

ALLEN CARROLL *v.* THE STATE.

1. VERDICT in the case reads as follows: "We, the jury, find the defendant guilty, as charged in the indictment, of murder in the first degree, and assess his punishment at life time in the penitentiary." *Held:* sufficient.

2. AUTHENTICATION OF ORIGINAL PAPERS. — When original papers are ordered sent up with the transcript, they should be forwarded with the transcript, and their identity be verified by proper certificate of the clerk, and separately from the transcript.

APPEAL from the District Court of Caldwell. Tried below before the Hon. H. Teichmueller.

The conviction in this case was in the first degree, for the murder of M. Cloran, and the penalty assessed against the appellant was a life term in the penitentiary. There is no statement of facts.

No brief for the appellant.

*W. L. Davidson,* Assistant Attorney General, for the State.

WILLSON, JUDGE. It seems to be sought on this appeal to present the question of the sufficiency of the verdict to support the judgment of conviction. As entered of record, and as it appears in the transcript, the verdict is in proper form and in all respects sufficient.

We find attached to the transcript what purports to be the original indictment in the case, upon which is indorsed in pencil writing what purports to be a verdict, and, if authorized to do so, we might presume that said paper is the original indictment and verdict in this case, ordered by the trial court to be sent to this court. But said paper is not certified to by the clerk of the trial court; is in no manner identified as the original indictment and verdict herein. We are not authorized to consider said paper as a part of the record before us, it being in no way authenticated. Where original papers are ordered to be sent up with the transcript, they should be forwarded with the transcript, and their identity verified by proper certificate of the clerk, and separately from the transcript. (The State v. Morris, 43 Texas, 372.)

There is no statement of facts or bill of exception in the record. We find the indictment and charge of the court to be free from defects, and there is no error apparent of record. The judgment is affirmed.

*Affirmed.*